

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00351-CR

**EX PARTE** Cristobal **CORONA-MARQUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12091CR
Honorable Roland Andrade, Judge Presiding

## O R D E R

Appellant's brief is due on July 5, 2022. On June 30, 2022, appellant filed a motion to extend time to file appellant's brief. The motion is GRANTED. Appellant's brief is due **no later than August 4, 2022**. *Further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.



_____
Michael A. Cruz,
Clerk of Court